UST-32, 3-03

Lawrence J. Warfield
Bankruptcy Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 948-1711

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE ARIZONA

| | |
|---|---|
| In re: | CHAPTER 7 |
| WYATT, GARY MICHAEL<br>WYATT, JUDITH ELAINE | CASE NO. 04-17424-PHX-RTB |
| Debtor(s) | APPLICATION FOR ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS<br>U.S. BANKRUPTCY COURT |

Lawrence J. Warfield, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 103 | 11/15/07 | Chase Manhattan Bank USA, NA<br>P.O. Box 52176<br>Phoenix, AZ 85072-2176 | $613.22 |
| 104 | 11/15/07 | Chase Manhattan Bank USA, NA<br>P.O. Box 52176<br>Phoenix, AZ 85072-2176 | $638.42 |

*September 23, 2010*          */s/ Lawrence J. Warfield*
DATE          Lawrence J. Warfield, Trustee